| | |
|---|---|
| **RODNEY PATTERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **SUGAR MOUNTAIN RESORT,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER** is before the Court on John E. Rogers', Application for Admission to Practice *Pro Hac Vice* of T. Ryan Langley. It appearing that T. Ryan Langley is a member in good standing with the South Carolina State Bar and will be appearing with John E. Rogers, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that John E. Rogers' Application for Admission to Practice *Pro Hac Vice* (#9) of T. Ryan Langley is **GRANTED**, and

that T. Ryan Langley is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with John E. Rogers.

Signed: April 14, 2014

Dennis L. Howell
United States Magistrate Judge