IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-31

| RODNEY J. PATTERSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| SUGAR MOUNTAIN RESORT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** has come before the undersigned *sua sponte*. On May 7, 2014 the undersigned entered a Pretrial Order and Case Management Plan (#13) in regard to the scheduling of deadlines and events in regard to this matter. Trial was set for October 5, 2015. The undersigned is now advised that that session of court has now been cancelled and will now reschedule the various deadlines and trial date in this matter as set forth by an Amended Pretrial Order and Case Management Plan which will be filed with this Order.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Pretrial Order and Case Management Plan (#13) is hereby amended and modified as set forth in a separate Amended Pretrial Order and Case Management Plan filed with this Order.

Signed: May 20, 2014

Dennis L. Howell
United States Magistrate Judge